SUGARLAND DRAINAGE DISTRICT, a Corporation created under the general drainage laws of Florida for the use and benefit of Robert George, *Plaintiff in Error,* v. DETROIT FIDELITY & SURETY COMPANY, a Corporation and ELBRIDGE D. BARR, *Defendants in Error.*

Division B.

Decision filed April 26, 1930.

Petition for rehearing denied June 26, 1930.

*E. M. Magaha,* for Plaintiff in Error;

*Henderson, Franklin & Christie,* for Defendants in Error.

*Shackleford, Ivy, Farrior & Shannon,* as *Amici Curiae.*

PER CURIAM.—The judgment to which writ of error is taken herein is affirmed upon authority of City of Ocala, Florida, for the use and benefit of Standard Oil Company, v. Continental Casualty Company and Baker & Foulks, Inc., and Sugarland Drainage District Glades and Hendry Counties, Florida, for the use and benefit of Standard Oil Company, a Kentucky corporation, v. Elbridge D. Barr and Detroit Fidelity and Surety Company, a Michigan corporation, both decided at the present term.

Affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.